NUMBER 13-02-731-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________

JOHN EDWARD BIRD,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_____________________________________________________________

On appeal from the 36th District Court of San Patricio County, Texas.
_____________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Opinion Per Curiam


         Appellant, JOHN EDWARD BIRD, attempts to appeal a conviction for injury to
a child. The trial court has certified that this “is a plea-bargain case, and the defendant
has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).                              
         On January 23, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification. 
         Appellant’s counsel failed to respond to this Court’ order, and on March 23,
2004, this appeal was abated and remanded to the trial court for a hearing to
determine why counsel has failed to comply with this Court’s order. The trial court’s
findings and recommendations were received on April 2, 2004. The appellant’s
attorney appeared before the trial court, and the trial court found that the defendant
had no right of appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                                                 PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 22nd day of April, 2004.